UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Yan Rudikh, Eqs.
Rudikh and Associates, LLC
223 Route 18 South
Suite 204
East Brunswick, New Jersey 08816
732-659-6961
732-520-6422

Order Filed on March 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rajul Z Thomas

Case No.:  18-34325-RG

Chapter:  13

Judge:  Gambardella

Hearing date: 3/12/2019 @ 10:00 A.m.

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED:** March 5, 2019

Honorable Rosemary Gambardella
United States Bankruptcy Judge

After review of the application of _____ Yan Rudikh, Esq. _____ for the reduction of time for a hearing on March 6, 2019 _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ March 12, 2019 _____ at 10:00 a.m. in the United States Bankruptcy Court, _____ Newark _____, Courtroom No. __3E__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All Creditors;

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

   ☐ on the same day as the date of this Order, or

   ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*