UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Yan Rudikh, Eqs.
Rudikh and Associates, LLC
223 Route 18 South
Suite 204
East Brunswick, New Jersey 08816
732-659-6961
732-520-6422

Order Filed on March 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rajul Z Thomas

Case No.: 18-34325-RG

Chapter: 13

Judge: Gambardella

Hearing date: 3/12/2019 @ 10:00 A.m.

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 5, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

After review of the application of _____Yan Rudikh, Esq._____ for the reduction of time for a hearing on __March 6, 2019__ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____March ~~6,~~ 12 2019_____ at __10:00 a.m.__ in the United States Bankruptcy Court, _____Newark_____, Courtroom No. __3E__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All Creditors;

by ☐ each, ☒ ~~any~~ of the following methods selected by the Court:

☒ ~~fax~~, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ ~~on~~ the same day as the date of this order, or

☐ within ____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

   _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Rajul Z Thomas  
    Debtor

Case No. 18-34325-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 05, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.  
db          +Rajul Z Thomas,   409 Princeton Avenue,   Rahway, NJ 07065-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:  
            Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP. dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
            Jill Manzo    on behalf of Creditor    RUSHMORE LOAN MANAGEMENT SERVICES LLC, as servicer for  
        MTGLQ INVESTORS, L.P. bankruptcy@feinsuch.com  
            Marie-Ann Greenberg    magecf@magtrustee.com  
            Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP. rsolarz@kmllawgroup.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
            Yakov Rudikh    on behalf of Debtor Rajul Z Thomas yrudikh@gmail.com,  
        rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com  
                                                                                                      TOTAL: 6