Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−34325−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rajul Z Thomas
    409 Princeton Avenue
    Rahway, NJ 07065

Social Security No.:
    xxx−xx−5356

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/2/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 2, 2019
JAN: slm

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 18-34325-RG
   Rajul Z Thomas                                            Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                   Page 1 of 2            Date Rcvd: May 02, 2019
                               Form ID: 148                  Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db             +Rajul Z Thomas,    409 Princeton Avenue,    Rahway, NJ 07065-1626
cr             +Township of Irvington,    1 Civic Square,    Irvington, NJ 07111-2412
517916788      +Chase Auto,   Po Box 901003,    Ft Worth, TX 76101-2003
517916793      +MTGLQ Investors, L.P.,    15480 LAGUNA CANYON,    Irvine, CA 92618-2132
517916794      +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
518035542      +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
518152453     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
517916795      +Township of Irvington Tax Collector,    1 Civic Square W #109,    Irvington, NJ 07111-2401
518195523      +Township of Irvington Tax Collector,    Municipal Building-1 Civic Square,
                 Irvington,NJ 07111-2412
517916796      +Union County Chancery Divison,    2 Broad Street,    Elizabeth, NJ 07201-2202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 03 2019 00:39:22      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2019 00:39:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM May 03 2019 03:53:00      IRS Department of Treasury,    955 S. Springfield Ave,
                 Bldg A,    Springfield, NJ  07081
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517916792*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:    Internal Revenue Service,    P.O. Box 9052,   Andover, MA 01810)
517916791*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:    Internal Revenue Service,    44 South Clinton Ave.,
                 Trenton, NJ 08601)
517916790*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517916789     ##+Fein, Such, Kahn, Shepard,    7 Century Drive,    Parsippany, NJ 07054-4673
                                                                                 TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill Manzo    on behalf of Creditor    RUSHMORE LOAN MANAGEMENT SERVICES LLC, as servicer for
               MTGLQ INVESTORS, L.P. bankruptcy@feinsuch.com
              Keith A. Bonchi    on behalf of Creditor    Township of Irvington keith@gmslaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP. rsolarz@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: May 02, 2019
                              Form ID: 148             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yakov   Rudikh    on behalf of Debtor Rajul Z Thomas yrudikh@gmail.com,
       rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                 TOTAL: 7